IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TERRY M. REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv437-MHT |
| | ) | (WO) |
| DENNY L. STRICKLAND, II, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff Terry M. Reed filed this lawsuit asserting claims that the defendants conspired to violate his constitutional rights following a serious wreck that resulted in the deaths or serious injury of several people.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that the motions to dismiss by the following defendants be granted: the Estate of Michael Sanders, Attorney Christian Lukjan, Kirk Hildebrandt, Michael X. Danquer, Progressive Specialty Insurance Company, Sheriff Russell

Thomas, Judges Shannon Clark and Sonny Reagan, Officers Phillip R. Faulkner, R. Irsik, and Rome Odom, Green Diamond Management Co., Inc., Nest Egg Farms, LLC, and Coastal Plain Land and Timber Company, LLC. The magistrate judge further recommends that the motions to strike by defendants Hildebrandt and Danquer be denied. Also before the court are Reed's objections to the recommendations. After an independent and de novo review of the record, the court concludes that Reed's objections should be overruled and the magistrate judge's recommendations adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of September, 2023.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE