IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY M. REED, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv437-MHT |
| ) | (WO) |
| DENNY L. STRICKLAND, II, ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Terry M. Reed's objections (Doc. 63, Doc. 68, and Doc. 69) are overruled.

(2) The United States Magistrate Judge's recommendations (Doc. 56, Doc. 57, Doc. 66, and Doc. 67) are adopted.

(3) The motions to dismiss (Doc. 26, Doc. 28, Doc. 32, Doc. 35, Doc. 37, Doc. 40, Doc. 44, Doc. 48, and Doc. 49) filed by the following defendants are granted, and said defendants are dismissed with prejudice and terminated: the

> Estate of Michael Sanders, Attorney Christian Lukjan, Progressive Specialty Insurance Company, Sheriff Russell Thomas, Judges Shannon Clark and Sonny Reagan, Officers Phillip R. Faulkner, R. Irsik, and Rome Odom, Green Diamond Management Co., Inc., Nest Egg Farms, LLC, and Coastal Plain Land and Timber Company, LLC.  The alternative motions for summary judgment (Doc. 35 and Doc. 40) are denied as moot.

(4) The motions to dismiss (Doc. 30 and Doc. 31) file by the following defendants are granted, and said defendants are dismissed without prejudice and terminated: Kirk Hildebrandt and Michael X. Danquer.

(5) The motions to strike filed by defendant Hildebrandt (Doc. 30) and defendant Danquer (Doc. 31) are denied.

This case is not closed and is referred back to the magistrate judge for further proceedings.

DONE, this the 12th day of September, 2023.

                               /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE