IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TERRY M. REED,                )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )        2:22cv437-MHT
                              )            (WO)
DENNY L. STRICKLAND, II,      )
et al.,                       )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Terry M. Reed's objections (Doc. 89) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 88) is adopted.

(3) Defendant Ellise Washington's motion to dismiss (Doc. 75) is granted, the federal claims against her are dismissed with prejudice for failure to state claim upon which relief can be granted, and any state-law claims against her are dismissed without prejudice to

plaintiff's pursuing such claims against Washington in state court.

(4) All claims against defendants Denny L. Strickland, II, Denny L. Strickland, III, John Paul Boswell, Wesley Lavon Pearson, Jr., Lakeisha Randell, and H & E Timber Company, Inc. are dismissed with prejudice for plaintiff's failure to prosecute and comply with court orders.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 31st day of January, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE